UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JUAN NAVARRO, *individually and on behalf of others similarly situated,*

                *Plaintiffs*,

-against-

ABC METRO CLEANERS L.E.S. INC. (D/B/A ABC CLEANER NYC), SAU YING, and XUE YU LIN,

                *Defendants.*

-----------------------------------------------------------X

1:21-cv-07193

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/6/22

    On July 15, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    **NOW**, it is hereby **ORDERED**, **ADJUDGED AND DECREED** as follows:

    That the Plaintiff, JUAN NAVARRO, has judgment against ABC METRO CLEANERS L.E.S. INC. (D/B/A ABC CLEANER NYC), and XUE YU LIN, jointly and severally, in the amount of Ten Thousand Dollars and No Cents ($10,000.00), which is inclusive of attorneys' fees and costs.

Dated: October 6, 2022

                                        _____
                                        Judge Andrew L. Carter, Jr
                                        UNITED STATES DISTRICT JUDGE