| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------------------------- x<br>JUAN NAVARRO ET AL.,<br><br>       **Plaintiffs,**<br><br>   -against-<br><br>ABC METRO CLEANERS L.E.S. INC. ET AL.,<br><br>       **Defendants.**<br>----------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: October 6, 2022<br><br>21-cv-07193 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  Defendant Sau Ying Wang was not included in the notice of acceptance with offer of judgment. Within one week from the date of this Order, Plaintiffs shall notify the Court whether they intend to dismiss Sau Ying Wang and terminate the case.

**SO ORDERED.**

Dated: October 6, 2022
    New York, New York

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**